# EXHIBIT A

Your honor

I'd like to appologize for my intentions and actions. I know if I was in a sober state of mind I never would have committed these crimes. I will do better and get a hold on my addiction and succeed.
Thank you



# CERTIFICATE OF COMPLETION

Awarded to:

## Dustin M. Joseph

For Successful Completion of:

## Substance Abuse

Presented by
American Comprehensive Counseling Services

Certificate #
1109

_____
Authorized Signature

10/27/2021
Date

ACCCS



CERTIFICATE OF COMPLETION

Awarded to: Dustin M. Joseph

For Successful Completion of: Anger Management

Presented by American Comprehensive Counseling Services

Certificate # 1445

1/7/2022
Date

Authorized Signature



# CERTIFICATE OF COMPLETION

Awarded to:

*Dustin M. Joseph*

For Successful Completion of:

CO-Ocurring

Presented by
American Comprehensive Counseling Services

Certificate # 1435

_____
Authorized Signature

12/17/2021
Date

ACCS