# EXHIBIT B

Re: United States v. Dustin Michael Joseph

Case NO: 3:21-cr-00025-MMD-CSD

I am writing this letter in support of Dustin M Joseph before the Honorable Chief District Court Judge Miranda M. Du. Scheduled sentencing hearing on November 27, 2023.

I'm Dustin's mother and adopted Dustin when he was 10 months old. I am currently retired and am 68 years old living with my husband of 37 years. We have been living in Yuma, Arizona since 2018 after retiring and moving from Reno, Nevada.

I am aware that Dustin pleaded guilty to the charges that were brought against him. A few days after telling us about pleading guilty he called and said mom I really have screwed up my life and am very sorry for the pain that I have caused both you and dad.

In my opinion he has major regrets for what he has done to his life and his family. Dustin has never been afraid to work and equally not afraid of helping others.

The last time Dustin was released from prison, I believe he told me he was to be released into an in-house rehab center. But because it was during Covid he was sent to a halfway house in San Francisco, California. I truly believe when he has completed this sentence, he will benefit from being released into an in-house rehab center to receive the medical help that he desperately needs. He doesn't seem to get it right on his own without help.

After talking to Dustin, I know he never wants to go down this road of destroying his life and the life of his family members again. I feel very strongly that he can contribute better to our community and its members in a positive and productive way. Please take this into consideration during sentencing.

Thank You   Deanne Joseph

*Deanne M. Joseph* (signature)